53 So.2d 906

**Neal LEE v. STATE.**

4 Div. 206.

Court of Appeals of Alabama.
April 15, 1952.

Baldwin & Baldwin, Andalusia, for appellant.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.
Affirmed.